FILED
CLERK, U.S. DISTRICT COURT

October 30, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MELCHER and LINDA MELCHER, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 8:20-cv-00051-SB-KES <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

**ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC**

Plaintiffs Daniel Melcher and Linda Melcher have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

///

///

///

4370175.1

| | |
|---|---|
| 1 | IT IS ORDERED that the claims and causes of action that were or could |
| 2 | have been asserted herein by Plaintiffs Daniel Melcher and Linda Melcher against |
| 3 | Defendant Trans Union LLC are in all respects dismissed with prejudice to the |
| 4 | refiling of same, with court costs and attorneys' fees to be paid by the party |
| 5 | incurring same. |
| 6 | |
| 7 | DATED this 30th day of October, 2020. |

_____
**HONORABLE STANLEY BLUMENFELD, JR**
UNITED STATES DISTRICT JUDGE

4370175.1