
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL MELCHER and LINDA MELCHER,

    Plaintiffs

    v.

NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; and DOES 1-10, inclusive,

    Defendants

Case No. 8:20-cv-00051-SB-KES

**ORDER**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: June 1, 2021



Stanley Blumenfeld, Jr.
United States District Judge